Submitted September 1—decided October 4, 1978

### H. ASCHER SELLNER ET AL. *v.* BEECHWOOD CONSTRUCTION COMPANY, INC., ET AL.

The defendants' motion to strike from the record the appendix to the plaintiffs' brief and specific references to the appendix contained in the plaintiffs' brief is denied by the court.

*James R. Fogarty,* in support of the motion.
*Joseph M. Brophy,* in opposition.

Submitted September 1—decided October 4, 1978

### SAMUEL R. FRIEDSON *v.* TOWN OF WESTPORT ET AL.

The plaintiff's "Motion for Permission to Amend Recognizance" is granted by the court.

*Raymond W. Beckwith,* in support of the motion.

Submitted September 1—decided October 4, 1978

### HARTFORD NATIONAL BANK AND TRUST COMPANY, EXECUTOR (ESTATE OF WALLACE W. WILLARD) *v.* W. KENNETH WILLARD ET AL.

The defendants' "Motion to Set Aside Decision," dated July 25, 1978, is denied by the court.

*John B. Willard,* in support of the motion.

Submitted September 1—decided October 4, 1978